THE BAY RIDGE DOCK CO., INC., et al., Appellants, *v.*
UNITED DRY DOCKS, INCORPORATED, Respondent.

(Submitted November 20, 1933; decided November 28, 1933.)

Motion for reargument denied, with ten dollars costs
and necessary printing disbursements. (See 262 N. Y.
687.)

SOL TAUB et al., Appellants, *v.* THE NEW YORK BOARD
OF FIRE UNDERWRITERS, Respondent.

(Submitted November 20, 1933; decided November 28, 1933.)

*H. H. Brown* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion.